UNITED STATES DISTRICT COURT
For the
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| DIRK & PHYLLIS PIERCE (Husband & Wife), *Plaintiffs* v. PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, a Connecticut Corporation _____ / *Defendant* | ) ) ) ) ) ) ) CASE NO.: 6:15-cv-1738-Orl-40-TBS ) ) ) ) ) ) ) ) ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, DIRK and PHYLLIS PIERCE, Husband and Wife ("PIERCE"), by and through undersigned counsel, hereby sue Defendant, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, a Connecticut Corporation ("HARTFORD"), and allege as follows:

### JURISDICTION & VENUE

1. This is a civil action for damages that exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest, costs, and attorneys' fees.

2. This Court has jurisdiction under 28 U.S.C Section 1332 because the citizenship of the Plaintiffs and the Defendant is diverse.

3. At all times material hereto, Plaintiffs, DIRK and PHYLLIS PIERCE, were and are natural persons residing in the State of Florida, and currently residing in Brevard County, Florida.

4. At all times material hereto, Defendant, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD ("HARTFORD"), was and is a foreign Connecticut corporation authorized to do business and doing business in Brevard County, Florida.

5. Jurisdiction of this cause of action is proper in this court.

6. With respect to the Contract Action against Defendant PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, all requisite conditions precedent to bringing these actions have been performed, otherwise occurred, or have been waived.

## ALLEGATIONS AND FACTS

7. Sometime in early 2012, Plaintiffs purchased a vacation cabin located at 161 Fawn Lane, Ellijay, Gilmer County, Georgia (the "Cabin"). The Cabin is deeded in the name of Plaintiff, Phyllis Pierce.

8. At the time they purchased the Cabin, Plaintiffs resided in Southport, Florida.

9. During the relevant time period, the Plaintiffs were members of the American Association of Retired Persons ("AARP").

10. HARTFORD provides auto and homeowners insurance coverage to AARP members.

11. As AARP members, Plaintiffs contacted the Defendant, HARTFORD, by telephone, to apply for Homeowners Insurance for the Cabin.

12. The application for insurance was completed over the telephone while the Plaintiffs resided in Florida.

13. Therefore, the Contract was formed in Florida and the laws of the State of Florida apply.

14. Pursuant to that telephone application, Defendant, HARTFORD, issued a Homeowners Insurance Policy ("Policy") covering the Cabin for fire and other causes of loss, effective March 15, 2013.

15. HARTFORD renewed the Policy on March 15, 2014 under Policy Number 55 RBD 671087. (A Certified True Copy of the Policy is appended here as Plaintiff's Exhibit #1).

16. The Policy shows a Dwelling Coverage Limit of $107,000.

17. The Policy shows a Personal Property Limit of $74,900.

18. The Policy shows a Loss of Use Limit of $21,400.

19. On September 11, 2014, DIRK PIERCE visited the Cabin to discover that a fire had done catastrophic damage to the Cabin and the Personal Property therein totaling more than $90,000.

20. PHYLLIS PIERCE was not visiting the Cabin with her husband at the time of the fire and was at home in Florida.

21. Plaintiffs promptly notified Defendant, HARTFORD, of their claim for a fire loss.

22. Plaintiffs cooperated with Defendant, HARTFORD, according to all Conditions stated in the Policy required of the Policyholder for such a fire claim.

23. Defendant, HARTFORD, conducted an investigation which included on-site inspections of the fire damage.

24. Defendant, HARTFORD, promptly instructed a cleaning service to enter the Cabin and conduct cleaning and debris removal services. Those services were completed within a few weeks of the fire event.

25. In a letter dated April 20, 2015, Defendant, HARTFORD, denied the Plaintiff's fire damage claim and asserted they were cancelling the Policy. HARTFORD's adjuster cited the "Intentional Loss" Exclusion and the "Concealment of Fraud" Condition against DIRK PIERCE. (A copy of HARTFORD's Denial Letter is appended herein as Plaintiffs' Exhibit #2).

26. HARTFORD has not demonstrated sufficient evidence to justify its allegations of Intentional Loss and Concealment of Fraud.

27. Defendant, HARTFORD, has not, in fact Cancelled the Policy as of the date of the filing of this Cause of Action. In fact, HARTFORD continues to send Invoices for the Policy premium, which the Plaintiffs continue to pay.

28. Regardless of her husband's actions on the date of the fire, PHYLLIS PIERCE was an innocent co-insured.

29. HARTFORD's Denial of the Plaintiffs' fire damage claim and its allegations of "Intentional Loss" and "Concealment of Fraud or Misrepresentation of Material facts and False Statements" without sufficient proof of such allegations constitutes a Breach of Defendant, HARTFORD's obligations under its Policy contract.

30. As a direct and proximate result of HARTFORD's Breach of said insurance Policy contract, Plaintiffs have suffered damages including fire damage to the Plaintiffs' Cabin structure, the fire damage to personal property therein, and the rental value of the Cabin, along with costs and attorneys' fees.

31. Pursuant to Florida Statutes Section 627.428 and 57.041, Plaintiffs are entitled to an award of attorney's fees and costs.

WHEREFORE, Plaintiffs, DIRK PIERCE and PHYLLIS PIERCE, demand judgment against Defendant, PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, be entered for damages that exceed the sum of Seventy-Five Thousand and 00/100 ($75,000.00) Dollars exclusive of interest, costs, and attorneys' fees.

PLAINTIFFS HEREBY DEMAND A JURY TRIAL AS TO ALL ISSUES SO TRIABLE

Respectfully submitted this 12th day of October, 2015

| | |
|---|---|
| JOHN N. HAMILTON, CO-COUNSEL FOR PLAINTIFFS<br>Florida Bar No. 333387<br>NANCE, CACCIATORE, HAMILTON, et. al.<br>525 North Harbor City Blvd<br>Melbourne, Florida 32935<br>Email: mailservice@nancelaw.com<br>Cyndi@nancelaw.com<br>Jack@nancelaw.com<br>(321) 777-7777 – Phone<br>(321) 259-8243 – Facsimile | /s/ Michael P. Sapourn<br>MICHAEL P. SAPOURN, CO-COUNSEL FOR PLAINTIFFS<br>Florida bar No. 91647<br>LAW OFFICES OF MICHALE SAPOURN<br>286 Lansing Island Drive<br>Satellite Beach, Florida 32937<br>Email: Michael@sapournlaw.com<br>Mikesapourn@hotmail.com<br>(321) 527-3175 – Phone<br>(877) 215-1280 - facsimile |